PER CURIAM.

(No. 74-CC-777— )

SINGER BUSINESS MACHINES, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed August 2, 1974.*

SINGER BUSINESS MACHINES, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.